**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BRYAN HIGGINS** — **CIVIL ACTION**

**VERSUS** — **NO. 16-12529**

**LABORDE MARINE MANAGEMENT, LLC** — **SECTION "B"(5)**

## ORDER JUDGMENT AND DECREE

Considering the testimony of all witnesses, exhibits admitted into evidence, parties' memoranda, argument of counsel, the law and entire record, and pursuant to oral reasons rendered in open Court after closing arguments, held on March 19, 2018.[1] Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in **favor** of Plaintiff Bryan Higgins and against the Defendant, Laborde Marine Management LLC, in the following amounts[2]:

- **Pain and Suffering** in the amount of One Hundred and Fifty Thousand ($150,000.00);
- **Future Medical** costs related to the treatment of PTSD in the amount of Ten Thousand Dollars ($10,000.00);
- **Economic Wage Loss** in the amount of One Hundred and Fifty Thousand ($150,000.00);

---

[1] Defendant's Motion in *Limine* regarding Plaintiff's November 2017 Expert Report of John W. Thompson, M.D. (*See* Rec. Doc. 27) was **GRANTED.** The Court found no just cause for Plaintiff's untimely reporting. Alternatively, the report lacked credibility as it was substantively similar to the July report from this doctor. All other pending motions, if any, were **DISMISSED as moot.**

[2] Plaintiff's request for punitive damages was **DENIED.** The Court found no credible evidence that Defendant's conduct crossed from ordinary negligence to wanton misconduct.

- **Judicial interest** to flow from October 1, 2013, through the date of judgment[3]; plus
- **Court costs to be determined at taxation of cost hearing by the Clerk of the Court.**

New Orleans, Louisiana, this 21st day of March, 2018.

SENIOR UNITED STATES DISTRICT JUDGE

[3] 28 U.S. C. 1961(a) provides for calculation of interest using the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding.